

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:          01-12-01123-CR

Trial Court Cause
Number:                12CR0266

Style:                 Michael Keith Coslett

                       **v** The State of Texas

Date motion filed[*]:  July 1, 2013

Type of motion:        Extension of Time to File Appellant's Brief

Party filing motion:   Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                          April 8, 2013

    Number of previous extensions granted:      1, directing that brief be filed by June 7, 2013

    Date Requested:                             July 22, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: July 22, 2013

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____


Judge's signature: /s/ Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: July 10, 2013